# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

March 24, 2025

**BY ECF**  
Honorable Jessica G. L. Clarke  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007



RE:   Angel Espinobarros et al v. El Encanto De Lola 2 LLC et al  
Case No.: 24-cv-01048

Your Honor,

The parties have a proposed draft agree in circulation for client review and comment. If the Court would so permit, the parties would request an additional three weeks to finalize their terms and to secure signatures.

/s/Colin Mulholland, Esq.  
Colin Mulholland, Esq.  
36-36 33rd Street, Suite 308  
Astoria, New York 11106  
Telephone: (347) 687-2019  
*Attorney for Plaintiffs*

Application GRANTED. The parties' deadline to submit the documents identified in the Court's prior *Cheeks* order (ECF No. 34) is HEREBY EXTENDED to **April 15, 2025**. The Clerk of Court is respectfully directed to terminate ECF No. 36.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE  
United States District Judge

Dated: March 26, 2025  
   New York, New York