# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

April 28, 2025

**BY ECF**
Honorable Jessica G. L. Clarke  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007



RE:   Angel Espinobarros et al v. El Encanto De Lola 2 LLC et al  
Case No.: 24-cv-01048

Your Honor,

The parties have a final out for execution and the Plaintiffs have already executed the Settlement Agreement.  However, it is my understanding Zack Westenhoefer, Esq., the attorney for the Defendants, recently left his firm.  I spoke with the attorney who has taken over Mr. Westenhoefer's files and they have informed me they will have the Defendant's executed copies ASAP.

If the Court would so permit, the parties would respectfully request one more week and anticipate submitting as well a Magistrate Consent Form.  I apologize for the delay and confusion.

Application GRANTED. The parties' deadline to file the documents identified in the Court's prior *Cheeks* order (ECF No. 34) is HEREBY EXTENDED to **May 5, 2025**. The Clerk of Court is respectfully directed to terminate ECF No. 38.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE  
United States District Judge

Dated: April 29, 2025  
    New York, New York

*/s/Colin Mulholland, Esq.*  
Colin Mulholland, Esq.  
36-36 33rd Street, Suite 308  
Astoria, New York 11106  
Telephone: (347) 687-2019  
*Attorney for Plaintiffs*