UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS ANGEL ESPINOBARROS AND ROSA JERONIMO,<br><br>        Plaintiffs,<br><br>-against-<br><br>EL ENCANTO DE LOLA 2 LLC, et al.,<br><br>        Defendants. | 24-CV-1048 (JGLC)<br><br>***CHEEKS* CONFERENCE ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  Counsel for all parties shall appear for a conference with the Court on **June 5, 2025** at **3:30 PM** to discuss the terms of their proposed settlement agreement. *See* ECF No. 41; *see also Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 285844377#. The parties should be prepared to discuss all terms of the parties' agreement and the extent to which they are consistent with *Cheeks*. The Court intends to rule on the parties' motion at the conference.

Dated: May 6, 2025
     New York, New York

                      SO ORDERED.

                      */s/ Jessica Clarke*

                      JESSICA G. L. CLARKE
                      United States District Judge